JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

### Plaintiff(s):

First Listed Plaintiff:
Courtney Erickson
**County of Residence:** Outside This District

### Defendant(s):

First Listed Defendant:
Lockton, Inc.
**County of Residence:** Jackson County

Additional Defendants(s):

**County Where Claim For Relief Arose:** Jackson County

### Plaintiff's Attorney(s):

Kelly M. Spann
FortmanSpann, LLC
250 St. Catherine Street
Florissant, Missouri 63031
**Phone:** 314-522-2312
**Fax:** 314-524-1519
**Email:** kms@fortmanlaw.com

### Defendant's Attorney(s):

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)

**Plaintiff:** N/A

**Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 791 ERISA

**Cause of Action:** Proposed prohibited transaction and self-delaing violation of 29 U.S.C. § 1109.

**Requested in Complaint**

**Class Action:** Class Action Under FRCP23

**Monetary Demand (in Thousands):** 150,000

**Jury Demand:** No

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** /s/ Kelly M. Spann

**Date:** 10/1/26

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.